1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHAEL D. ANDERSON
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2755



FILED
APR 19 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:12-MJ-00051 KJN |
| Plaintiff, | |
| v. | APPLICATION AND ORDER FOR UNSEALING COMPLAINT |
| DANIEL CHARTRAW, | |
| Defendant. | |

On February 21, 2012, the complaint was filed in the above-referenced case. Since the defendant has now been arrested, it is no longer necessary for the complaint to be sealed. The government respectfully requests that the complaint be unsealed and this file be unsealed.

DATED: April 19, 2012

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Michael D. Anderson
MICHAEL D. ANDERSON
Assistant U.S. Attorney