1 | BENJAMIN B. WAGNER
United States Attorney
2 | MICHAEL D. ANDERSON
Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, California  95814
4 | Telephone: (916) 554-2755

FILED

APR 1 9 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )
                                    )
        Plaintiff,                  )    NO. 2:12-MJ-00051 KJN
                                    )
   v.                               )    [PROPOSED] ORDER
                                    )    FOR UNSEALING COMPLAINT
DANIEL CHARTRAW,                    )
                                    )
        Defendant.                  )
_____)

The government's request to unseal the Complaint and this case is GRANTED.

SO ORDERED:

DATED: April 19, 2012

GREGORY G. HOLLOWS
_____
HON. GREGORY G. HOLLOWS
U.S. Magistrate Judge