AO 442 (Rev. 01/09) Arrest Warrant

**FILED UNDER SEALED**

APR 2 6 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

8788993

RECEIVED
UNITED STATES MARSHAL
2012 FEB 21 PM 3: 23
EASTERN DISTRICT
OF CALIFORNIA

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Daniel Chartraw | ) | Case No. |
| | ) | |
| | ) | 2:12 - MJ - 51  KJN |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) Daniel Chartraw ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
Title 18, United States Code, Section 1343 - Wire Fraud (2 Counts)

Date: Feb 21, 2012

_____
Issuing officer's signature

City and state: Sacramento, California

Kendall J. Newman, U.S. Magistrate Judge
Printed name and title

### Return

This warrant was received on (date) 2-21-'12 , and the person was arrested on (date) 4-20-'12
at (city and state) SAN DIEGO, CA.

Date: 4-20-'12

_____
Arresting officer's signature

RODRIGUEZ, MARCO  SDUSM
Printed name and title