BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>2011 CADILLAC ESCALADE, VIN: 1GYS4JEF1BR263641, LICENSE NUMBER: 6NLT987,<br><br>    Defendant. | 2:12-CV-00707-MCE-CKD<br><br>NOTICE OF RELATED CASES |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DANIEL CHARTRAW,<br><br>    Defendant. | 2:12-CR-00184-WBS |

Plaintiff United States of America, by and through the undersigned attorney, and pursuant to the provisions of Local Rule 123, hereby gives notice that the above-entitled actions are related within the meaning of Local Rule 123 because the civil forfeiture action and the criminal action arise from the same law enforcement investigation and thus involve substantially the same events, transactions, and parties.  Particularly, the related criminal action alleges that Daniel Chartraw, doing

business as Geneva Partners, LLC, devised a scheme to obtain money by promising investors ownership in a non-existent gold mining operation, in violation of 18 U.S.C. § 1343.[1]   Chartraw used the fraud proceeds for personal benefit, including the purchase of the 2011 Cadillac Escalade that forms the basis of this *in rem* complaint.

The instant civil forfeiture complaint alleges that the 2011 Cadillac Escalade was purchased with funds obtained by Chartraw's non-existent gold mining operation. As such, the 2011 Cadillac Escalade is subject to forfeiture to the United States because it was purchased with proceeds from Chartraw's wire fraud violations.  *See* 18 U.S.C. § 981(a)(1)(C).

For the foregoing reasons, the instant civil forfeiture case and the related criminal action create an identity of issues and are likely to entail substantial duplication of labor if heard by different judges.  The United States respectfully requests that the cases be assigned to a single district judge.

Dated: 5/22/12                                  BENJAMIN B. WAGNER
                                                United States Attorney

                                          By:   /s/ Kevin C. Khasigian
                                                KEVIN C. KHASIGIAN
                                                Assistant U.S. Attorney

---

[1]   The scheme forming the basis of this *in rem* complaint is represented in paragraph 18 of the criminal indictment – "The Gold Refining Equipment Fraud."