1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHAEL D. ANDERSON
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700
   Facsimile:   (916) 554-2900
5
6  Attorneys for the UNITED STATES OF AMERICA
7
8               IN THE UNITED STATES DISTRICT COURT
9                  EASTERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11  UNITED STATES OF AMERICA, | CASE NO.  2:12-cr-00184 WBS |
| 12                 Plaintiff, | **STIPULATION AND [PROPOSED] PROTECTIVE ORDER  - RE:** |
| 13  v. | **DEFENDANT CHARTRAW** |
| 14  DANIEL CHARTRAW | |
| 15                 Defendant. | |

16
17
18      WHEREAS, the parties desire to prevent the unauthorized disclosure or dissemination of
19 certain sensitive but unclassified discovery materials to anyone not a party to the court proceedings
20 in this matter;
21      WHEREAS, the parties agree that entry of a stipulated protective order is appropriate; and
22      WHEREAS, the defendant DANIEL CHARTRAW has counsel who wishes the opportunity
23 to review the discovery,
24      Defendant DANIEL CHATRAW and Plaintiff United States of America, by and through
25 their counsel of record, hereby agree and stipulate as follows:
26      1.      This Court may enter protective orders pursuant to Rule 16(d) of the Federal Rules of
27 Criminal Procedure, and its general supervisory authority.
28      2.      This Order pertains to all discovery provided to or made available to Defense

Stipulation and [Proposed] Protective Order – Re:
Defendant Chartraw

1

Counsel as part of discovery in this case (hereafter, collectively known as "the discovery").

3. Defense Counsel shall not disclose any of the discovery to any person other than his client, or attorneys, law clerks, paralegals, secretaries, experts, and investigators, involved in the representation of his client.

4. The discovery and information therein may only be used in connection with the litigation of this case and for no other purpose.  The discovery is now and will forever remain the property of the United States Government.  Defense Counsel will return the discovery to the Government or certify that it has been shredded at the conclusion of the case.

5. Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

6. If Defense Counsel releases custody of any of the discovery, or authorized copies thereof, to any person described in paragraph (3), Defense Counsel shall provide such recipients with copies of this Order and advise that person that the discovery is the property of the United States Government, that the discovery and information therein may only be used in connection with the litigation of this case and for no other purpose, and that an unauthorized use of the discovery may constitute a violation of law and/or contempt of court.

7. In the event that the defendant obtains substitute counsel, undersigned defense counsel agrees to withhold discovery from new counsel unless and until substituted counsel agrees to be bound by this order.

///
///
///
///
///
///
///
///
///

Stipulation and [Proposed] Protective Order – Re:
Defendant Chartraw

8. Defense Counsel shall be responsible for advising his client, employees, and other members of the defense team of the contents of this Stipulation/Order.

IT IS SO STIPULATED.

Dated: June 4, 2012                              Respectfully submitted,

                                                 BENJAMIN B. WAGNER
                                                 United States Attorney

                                        By:      /s/ Michael D. Anderson
                                                 MICHAEL D. ANDERSON
                                                 Assistant U.S. Attorney


                                                 DANIEL BRODERICK
                                                 FEDERAL DEFENDAER

                                        By:      /s/ Benjamin B. Galloway
                                                 BENJAMIN B. GALLOWAY
                                                 Assistant Federal Defender
                                                 Counsel for DANIEL CHARTRAW


**ORDER**

IT IS SO ORDERED.

                                                 DATED: June 6, 2012

                                                 WILLIAM B. SHUBB
                                                 UNITED STATES DISTRICT JUDGE

Stipulation and [Proposed] Protective Order – Re:
Defendant Chartraw

3