1  DANIEL J. BRODERICK, Bar# 89424
   Federal Defender
2  BENJAMIN D. GALLOWAY, Bar# 214897
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   DANIEL CHARTRAW

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

   UNITED STATES OF AMERICA,      )
12                                 )    Cr.S. 12-0184-MCE
                   Plaintiff,      )
13                                 )    **STIPULATION AND ORDER**
             v.                    )    **CONTINUING STATUS CONFERENCE**
14                                 )
   DANIEL CHARTRAW,                )    DATE:  October 11, 2012
15                                 )    TIME:  9:00 a.m.
                   Defendant.      )    JUDGE: Hon. Morrison C. England Jr.
16                                 )
   _____ )
17

18
        It is hereby stipulated and agreed to between the United States of
19
   America through MICHAEL ANDERSON, Assistant U.S. Attorney, and
20
   defendant DANIEL CHARTRAW by and through his counsel, BENJAMIN
21
   GALLOWAY, Assistant Federal Defender, that the status conference set
22
   for Thursday, September 6, 2012, be continued to Thursday, October 11,
23
   2012, at 9:00 a.m..
24
        The reason for this continuance is to allow defense counsel
25
   additional time to review discovery with the defendant, to examine
26
   possible defenses and to continue investigating the facts of the case.
27
        The parties stipulate that the ends of justice served by the
28

1  granting of such continuance outweigh the interests of the public and
2  the defendant in a speedy trial.
3      Speedy trial time is to be excluded from the date of this order
4  through the date of the status conference set for October 11, 2012,
5  pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv) [reasonable time to
6  prepare] (Local Code T4).
7  DATED: August 28, 2012          Respectfully submitted,

8                                   DANIEL J. BRODERICK
                                    Federal Defender
9
                                    /S/ Benjamin Galloway
10                                  BENJAMIN GALLOWAY
                                    Assistant Federal Defender
11                                  Attorney for Defendant
                                    DANIEL CHARTRAW
12

13
   DATED: August 28, 2012          BENJAMIN B. WAGNER
14                                  United States Attorney

15                                  /s/ Benjamin Galloway for
                                    MICHAEL ANDERSON
16                                  Assistant U.S. Attorney
                                    Attorney for Plaintiff
17

18

19

20

21

22

23

24

25

26 ///
27 ///
28 ///

**2**

**O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.  It is hereby ordered that the presently set September 6, 2012 status conference shall be continued to October 11, 2012, at 9:00 a.m..  It is further ordered that the time period from the date of the parties' stipulation, August 28, 2012, through and including the date of the new status conference, October 11, 2012, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

The Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time for effective preparation taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

**IT IS SO ORDERED.**

Dated: August 30, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE