```
 1  DANIEL J. BRODERICK, Bar# 89424
    Federal Defender
 2  BENJAMIN D. GALLOWAY, Bar# 214897
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California  95814
 4  Telephone (916) 498-5700

 5  Attorney for Defendant
    DANIEL CHARTRAW
 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,   )
                                )   Cr.S. 12-0184-MCE
12            Plaintiff,        )
                                )   STIPULATION AND
13       v.                     )   ORDER
                                )
14  DANIEL CHARTRAW,            )   DATE: December 6, 2012
                                )   TIME: 9:00 a.m.
15            Defendant.        )   JUDGE: Hon. Morrison C. England Jr.
                                )
16  _____)

17
```

18     It is hereby stipulated and agreed to between the United States of
19  America through MICHAEL ANDERSON, Assistant U.S. Attorney, and
20  defendant DANIEL CHARTRAW by and through his counsel, BENJAMIN
21  GALLOWAY, Assistant Federal Defender, that the status conference set
22  for Thursday, October 11, 2012, be continued to Thursday, December 6,
23  2012 at 9:00 a.m.
24     The reason for this continuance is to allow defense counsel
25  additional time to review discovery with the defendant, to examine
26  possible defenses and to continue investigating the facts of the case.
27  ///
28  ///

1  The parties stipulate that the ends of justice served by the
2  granting of such continuance outweigh the interests of the public and
3  the defendant in a speedy trial.
4  Speedy trial time is to be excluded from the date of this order
5  through the date of the status conference set for December 6, 2012,
6  pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv) [reasonable time to
7  prepare] (Local Code T4).

8  DATED: October 10, 2012           Respectfully submitted,

9                                    DANIEL J. BRODERICK
                                     Federal Defender
10
                                     /s/ Benjamin Galloway
11                                   BENJAMIN GALLOWAY
                                     Assistant Federal Defender
12                                   Attorney for Defendant
                                     DANIEL CHARTRAW
13

14
   DATED: October 10, 2012           BENJAMIN B. WAGNER
15                                   United States Attorney

16                                   /s/ Benjamin Galloway for
                                     MICHAEL ANDERSON
17                                   Assistant U.S. Attorney
                                     Attorney for Plaintiff
18

19

20

21

22

23

24

25

26 ///
27 ///
28 ///

**O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.  It is hereby ordered that the presently set October 11, 2012 status conference shall be continued to December 6, 2012 at 9:00 a.m.  It is further ordered that the time period from the date of the parties' stipulation, October 10, 2012, through and including the date of the new status conference, December 6, 2012, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

The Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time for effective preparation taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

**IT IS SO ORDERED.**

Dated: October 12, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

**3**