DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
DANIEL CHARTRAW

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:12-cr-00184-MCE |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND** |
| | ) | **ORDER CONTINUING STATUS** |
| v. | ) | **CONFERENCE; EXCLUDING TIME** |
| | ) | |
| DANIEL CHARTRAW, | ) | |
| | ) | DATE: January 24, 2013 |
| Defendant. | ) | TIME: 9:00 a.m. |
| | ) | JUDGE: Morrison C. England Jr. |
| _____ | ) | |

   It is hereby stipulated and agreed to between the United States of America through MICHAEL ANDERSON, Assistant U.S. Attorney, and defendant DANIEL CHARTRAW by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Thursday, December 6, 2012, be continued to Thursday, January 24, 2013 at 9:00 a.m.

   The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

   The parties stipulate that the ends of justice served by the granting of such continuance outweigh the interests of the public and

1  the defendant in a speedy trial.
2     Speedy trial time is to be excluded from the date of this order
3  through the date of the status conference set for January 24, 2013,
4  pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv) [reasonable time to
5  prepare] (Local Code T4).
6  DATED: November 29, 2012      Respectfully submitted,
7                                DANIEL J. BRODERICK
                                  Federal Defender
8
                                  /s/ Benjamin Galloway
9                                 BENJAMIN GALLOWAY
                                  Assistant Federal Defender
10                                Attorney for Defendant
                                  DANIEL CHARTRAW
11
12 DATED: November 29, 2012      BENJAMIN B. WAGNER
                                  United States Attorney
13
14                                /s/ Benjamin Galloway for
                                  MICHAEL ANDERSON
15                                Assistant U.S. Attorney
                                  Attorney for Plaintiff
16
17                        **O R D E R**
18    Based on the stipulation of the parties and good cause appearing
19 therefrom, the Court hereby adopts the stipulation of the parties in
20 its entirety as its order.  It is hereby ordered that the presently set
21 December 6, 2012 status conference shall be **continued to January 24,**
22 **2013 at 9:00 a.m.**  It is further ordered that the time period from the
23 date of the parties' stipulation, November 29, 2012, through and
24 including the date of the new status conference, January 24, 2013,
25 shall be excluded from computation of time within which the trial of
26 this matter must be commenced under the Speedy Trial Act, pursuant to
27 18 U.S.C. § 3161 (h)(7)(B)(iv) and Local Code T4 [reasonable time for
28 defense counsel to prepare].

1   The Court hereby finds that the failure to grant a continuance in
2 this case would deny defense counsel reasonable time for effective
3 preparation taking into account the exercise of due diligence.  The
4 Court specifically finds that the ends of justice served by the
5 granting of such continuance outweigh the interests of the public and
6 the defendant in a speedy trial.
7   **IT IS SO ORDERED.**
8
9  Dated: December 5, 2012
10
11                              _____
                                MORRISON C. ENGLAND, JR.
12                              UNITED STATES DISTRICT JUDGE