**OFFICE OF THE FEDERAL DEFENDER**
**EASTERN DISTRICT OF CALIFORNIA**
**801 I STREET, 3rd FLOOR**
**SACRAMENTO, CALIFORNIA  95814**

*Joseph Schlesinger*　　　　　　　　(916) 498-5700  Fax: (916) 498-5710　　　　　　　　*Linda C. Harter*
*Acting Federal Defender*　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Chief Assistant Defender*

M E M O R A N D U M

| | |
|---|---|
| DATE: | March 20, 2013 |
| TO: | Stephanie Deutsch, Courtroom Clerk to the Honorable Morrison C. England, Jr. |
| FROM: | Debra Lancaster, Sr. Legal Assistant to Benjamin Galloway, Assistant Federal Defender |
| SUBJECT: | <u>United States v. Daniel Chartraw</u><br>Case No. 2:12-cr-184 MCE<br>JUDGMENT AND SENTENCING CONTINUANCE |

　　　This Memo confirms the request that Judgment and Sentencing, presently scheduled for May 2, 2013, be continued to **<u>Thursday, July 18, 2013 at 9:00 a.m.</u>**

　　　The following will be the new schedule for disclosure of the presentence report and for filing of objections to the Presentence Report:

| | **OLD DATE** | **NEW DATE** |
|---|---|---|
| Proposed PSR to Counsel | March 21, 2013 | June 6, 2013 |
| Counsel's Informal Objections | April 4, 2013 | June 20, 2013 |
| Response to Informal Objections and final PSR filed with the Court | April 11, 2013 | June 27, 2013 |
| Formal Objections/Motion for Correction of PSR | April 18, 2013 | July 4, 2013 |
| Reply/Statement of Non-Opposition | April 25, 2013 | July 11, 2013 |
| Judgment/Sentencing | May 2, 2013 | July 18, 2013 |

　　　The Courtroom Clerk and all parties have been notified of the new scheduled dates.

BG/dl

cc:　　Talia Katz, U.S. Probation
　　　　Daniel Chartraw