BENJAMIN B. WAGNER
United States Attorney
MICHAEL D. ANDERSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-00184 MCE |
|---|---|
| Plaintiff, | GOVERNMENT'S SENTENCING MEMORANDUM AND STATEMENT OF NON-OBJECTION TO THE PRESENTENCE REPORT |
| v. | |
| DANIEL CHARTRAW, | |
| Defendant. | |

## I.   INTRODUCTION

On January 24, 2013, the defendant pleaded guilty to one count of Wire Fraud, in violation of 18 U.S.C. § 1343. The defendant's plea was entered pursuant to a plea agreement between the parties. Following the defendant's entry of his guilty plea, the Court referred the matter to the U.S. Probation Office for the completion of an Advisory Guidelines Presentence Investigation Report ("PSR"). A final version of that report was filed on August 4, 2013, and made available to the parties through ECF. (Docket Entry 34). The defendant's sentencing hearing is currently scheduled for August 29, 2013.

## II.   STATEMENT OF NON-OBJECTION TO PSR AND GOVERNMENT'S SENTENCING RECOMMENDATION

The government has reviewed the final draft of the defendant's PSR, and has no objections to the report. Furthermore, consistent with the plea agreement, the government recommends that the Court impose a sentence of 57 months of incarceration, which is a sentence at the low-end of the applicable

Government's Sentencing Memorandum          1

advisory guidelines range.

### III. VICTIM IMPACT STATEMENTS

Under the Crime Victims' Rights Act, victims have "[t]he right to be reasonably heard at any public proceeding in the district court involving release, plea, sentencing, or any parole proceeding." 18 U.S.C. § 3771(a)(4). A victim has a right to be heard at sentencing, even if the victim has previously submitted a victim impact statement which has been considered by the Court. *Kenna v. United States District Court*, 435 F.3d 1011 (9th Cir. 2006).

Several victims have requested that their victim impact statements be read aloud at sentencing. The government respectfully requests that the Court allow any victims who wish to address the Court an opportunity to do so and that it allow the government to read victim impact statements at an appropriate time during the defendant's sentencing hearing.

Dated:  August 7, 2013                            BENJAMIN B. WAGNER
                                                  United States Attorney


                                                   /s/ Michael D. Anderson
                                                  MICHAEL D. ANDERSON
                                                  Assistant United States Attorney

Government's Sentencing Memorandum         2