HEATHER E. WILLIAMS, Bar #122664
Federal Defender
BENJAMIN D. GALLOWAY, Bar #214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DANIEL CHARTRAW

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>   v.<br><br>DANIEL CHARTRAW,<br><br>           Defendant. | NO. 2:12-cr-184 MCE<br><br>**DEFENDANT'S SENTENCING MEMORANDUM**<br><br>DATE:  August 29, 2013<br>TIME:  9:00 a.m.<br>JUDGE: Morrison C. England, Jr. |

**I.   INTRODUCTION**

Daniel Chartraw, through counsel, submits this memorandum for the sentencing hearing scheduled for August 29, 2013.  Mr. Chartraw pled guilty to one count of Wire Fraud, in violation of 18 U.S.C. § 1343. The defense has no formal objections to the Presentence Report.  The defense joins the government and the Probation Office in recommending a sentence of 57 months.

The parties have worked from the outset to fairly assess the conduct at issue.  The jointly recommended sentence of 57 months is the result of many months of productive discussion and analysis.  The parties and Probation are in full agreement that this sentence strikes

a proper balance in this case.

**II.  SUPPLEMENTAL SENTENCING INFORMATION**

The defense previously submitted numerous character letters on behalf of Mr. Chartraw and Mr. Chartraw's personal statement to the Court, along with proof of his participation in a drug treatment program while in pretrial detention.

The defense respectfully submits additional documentation attached hereto as "Exhibit A."  These documents include proof that Mr. Chartraw has been entrusted with the position of Orderly at the Nevada City Jail.  For more than a year, he has provided hundreds of hours of labor at there.  These documents also show proof of completion of several correspondence courses offered by the ECS Prison Ministry of Northern California.

The defense offers this material in support the jointly recommended sentence.

**III. CONCLUSION**

The defense respectfully requests that the Court follow the joint recommendation of the parties and the Probation Officer, and impose a sentence of 57 months of imprisonment in this case.  Such a sentence is long enough to address all the factors listed in § 3553(a), without being greater than necessary to do so.

DATED:  August 7, 2013               Respectfully Submitted,
                                     HEATHER E. WILLIAMS
                                     Federal Defender

                                     /s/ *Benjamin D. Galloway*
                                     BENJAMIN D. GALLOWAY
                                     Counsel for Defendant
                                     DANIEL CHARTRAW