August 14, 2013

TO WHOM IT MAY CONCERN:

Inmate Chartraw, Daniel has been incarcerated at Wayne Brown Correctional Facility awaiting sentencing on federal charges.

Inmate Chartraw became a pod orderly 8/20/2012 and has worked approximately 637 hours of labor.

M. Schnitzius
Correctional Officer II
Orderly Officer

C. Donaldson
Correctional Sergeant
OIC

EXHIBIT A
Daniel Chartraw
No. 12-cr-184 MCE




