IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

---oOo---

BEFORE THE HONORABLE MORRISON C. ENGLAND, JR., JUDGE

---oOo---

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                              No. 2:12-cr-000184

DANIEL CHARTRAW,

        Defendant.

_____/

---oOo---

REPORTER'S PARTIAL TRANSCRIPT

JUDGMENT AND SENTENCE

THURSDAY, AUGUST 29, 2013

---oOo---

Reported by:     DIANE J. SHEPARD, CSR #6331, RPR

DIANE J. SHEPARD, OFFICIAL COURT REPORTER, USDC -- (916) 554-7460

```
 1                         APPEARANCES

 2

 3        For the Government:

 4
             BENJAMIN B. WAGNER
 5           UNITED STATES ATTORNEY
             501 I Street, Suite 10-100
 6           Sacramento, California 95814
             BY:  MICHAEL D. ANDERSON
 7                Assistant U.S. Attorney

 8

 9        For the Defendant:

10           HEATHER WILLIAMS
             FEDERAL DEFENDER
11           801 I Street, Third Floor
             Sacramento, California 95814
12           BY:  BENJAMIN D. GALLOWAY
                  Assistant Federal Defender
13

14

15

16

17

18

19

20

21

22

23

24

25
```

1           SACRAMENTO, CALIFORNIA

2           THURSDAY, AUGUST 29, 2013

3           PARTIAL TRANSCRIPT

4           ---oOo---

5           (Begin partial transcript.)

6           MR. ANDERSON:  Yes, Your Honor.  Some of the victims
7   have asked that I read victim impact statements, and there are
8   three of them.  I would like to read those, and then there may
9   be victims here who would like to address the Court.  I don't
10  know if people will want to take advantage of that opportunity.

11          THE COURT:  Go ahead.

12          MR. ANDERSON:  (Begin reading):  Dear sir, I make
13  this statement in the hopes that Daniel Chartraw received the
14  maximum penalty for his crime.  I'm identified as G.A. in the
15  Indictment against Mr. Chartraw.  I would like to say how
16  thankful I am that Daniel Chartraw is away from the general
17  public at this time.

18          My experience with Mr. Chartraw, the facts supported
19  in the Indictment, and the long history of fraud that are not
20  listed in the Indictment, but appear in court records in
21  California and other states, all indicate that he is a
22  sociopath and not fit for civilized society.

23          I am a doctor of chiropractic, and I seek to help
24  people every day.  I have a wife and three small children, who
25  I promised to care for.  I worked hard for the money Daniel

1  Chartraw took from me and my family.  He lied to us.  He made
2  false promises he never intended to perform.  He looked my wife
3  and me in the face and said that he would never do anything to
4  jeopardize our family while he fully intended to do just that.
5           I know I am not alone in this nightmare, but it does
6  not make me or my family feel any better or minimize the
7  financial catastrophe he has caused us.  That said, I can also
8  empathize with the other victims who have been swindled by this
9  man for what appears to be a timeframe of close to ten years.
10          I am 47 years old and will now spend a lifetime
11 trying to repair our financial future.  We were stripped of the
12 entirety of our savings, a total of over $112,000, and are
13 finding it difficult to manage the losses.  There is the loss
14 of money, which has caused extreme financial hardship.  There
15 is the loss in the quality of trust that one can have about
16 people as a whole.  There is a loss of personal confidence and
17 life momentum that causes one to question every decision made
18 after that point.  Both my wife and I have suffered from
19 depression and anxiety, which is affecting our marriage.
20 Suffice it to say, this man has caused suffering on a multitude
21 of levels.
22          We, my wife, three young boys, and I, feel the
23 effects of Mr. Chartraw's crimes every day in the anxiety
24 surrounding the fact that we will have to work for up to 20
25 more years to regain what we have lost.  My wife had to find

1  other employment, which leaves me to reduce hours of my
2  practice to care for our children while she is away.  I am
3  47 years old and have to continue to work at a demanding job
4  which causes me physical pain.  Retirement at any time before
5  death seems out of the question.
6          In addition to all these stresses, we are struggling
7  to manage the guilt and shame we experience for feeling that we
8  should have known better.  We admonish ourselves for having
9  ever fallen for such a con artist and sociopathic personality.
10 Our mistake in trusting Mr. Chartraw is now driving our family
11 apart despite our best efforts to reassure each other that it
12 wasn't our fault.
13         Even though we can now see the long line of people
14 who have been defrauded by this man, including sophisticated
15 investors in New York, we still feel shame, humiliation, and
16 anger for allowing him to pressure us into making the decision
17 to trust him with our life savings.  How can anyone be
18 compensated for this type of pain and suffering?
19         We can hope only Mr. Chartraw spends the maximum
20 amount of time in prison to give him enough of an opportunity
21 to think about the criminality and immorality of his actions.
22 He has stolen time from us.  He should pay in time.
23         Furthermore, I ask that he be forced to pay
24 restitution to his victims as terms of his parole.  If money is
25 the only value he holds, perhaps this will be the most

1  effective teaching tool for him to realize the emotional and
2  financial destruction he has caused.  To allow mercy to this
3  pathological liar and his cohorts, who actively seek this form
4  of exploitation of people's goodwill as their means of getting
5  by in life, is unforgiveable.  At least with his incarceration
6  a statement will be made that this type of crime will not be
7  tolerated in polite society.
8           This man needs to pay in so many ways.  Please make
9  him serve the maximum time for this charge and not allow for
10 time served.  He has cost us, the victims, so much time,
11 energy, money, and emotional trauma that at the very least he
12 should lose his time in free society. (End reading.)
13          That is signed by the victim, Your Honor.
14          The next statement, (begin reading):  Daniel
15 Chartraw's crime has caused immeasurable pain on my family and
16 loss of months of my time away from my family due to, in part,
17 the direction of -- Daniel Chartraw's direction to meet the
18 precious metals ore in Europe.  It never came.  They sent 252
19 pounds of copper instead.
20          The $1 million loss has triggered countless nights of
21 lack of sleep due to the foreclosure of my house, farm, and
22 income stream.  As my partners relied on my decision with
23 Daniel Chartraw and his partners, facilities, resources, and
24 companies to bait me into purchasing ore that either did not
25 exist or was switched and resold to others.

1        I lost 47 pounds from a 200-pound frame instantly
2   over this.  My wife has cried countless tears over this.  And
3   my four children do not understand what kind of man preys over
4   others with such a callow disregard for others.
5        Daniel Chartraw is a criminal and belongs where
6   criminals belong, in prison with the general population of
7   criminals.  Let them feed on each other. (End reading.)
8        That's also signed by the victim.
9        Your Honor, this is the final statement that I'm
10  going to read.
11       (Begin reading):  This investment to Mr. Chartraw
12  couldn't have happened at a worse time than in 2008.  I had a
13  change in jobs.  I was remodelling my home.  I had a baby girl.
14  And I experienced the largest decrease in personal income in my
15  career.
16       A personal friend of mine, Todd, introduced me to
17  Mr. Chartraw with the promise of a lucrative short-term
18  investment in a mining operation.  Mr. Chartraw went to great
19  lengths to assure me that the money that I gave him was going
20  to a viable cause, and that I would be thrilled with the
21  results.
22       This is how the crime has affected me.  I invested
23  $70,000 that I borrowed from an equity line on my home that was
24  never returned.  I spent approximately $5,000 on collection
25  services and private investigation to locate Mr. Chartraw and

DIANE J. SHEPARD, OFFICIAL COURT REPORTER, USDC -- (916) 554-7460

1  his wife.  I've paid approximately $7,500 in interest from the
2  financing money to give to Mr. Chartraw.
3           I experience emotional distress from the months and
4  years of trying to track down Mr. Chartraw and experiencing one
5  false representation after another.  It took me three years to
6  complete my home because the money I gave to Dan was supposed
7  to go towards that.  And the ability to afford necessary things
8  for my newborn daughter was extremely difficult. (End reading.)
9           That's the final statement to be read, Your Honor.
10          THE COURT:  Thank you.  And did you say you had
11 victims present?
12          MR. ANDERSON:  Maybe the Court could inquire if
13 anybody wants to speak.
14          THE COURT:  Is there anyone who is a victim of this
15 particular case or crime that wishes to speak?
16          It appears that there is no one here in the courtroom
17 that wishes to speak at least.  All right.  Anything further?
18          MR. ANDERSON:  No, Your Honor.
19          (End of partial transcript.)
20                         CERTIFICATION
21          I, Diane J. Shepard, certify that the foregoing is a
22 correct transcript from the record of proceedings in the
23 above-entitled matter.
24                              /s/ DIANE J. SHEPARD
                                DIANE J. SHEPARD, CSR #6331, RPR
25                              Official Court Reporter
                                United States District Court